FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS,<br><br>            Plaintiff,<br><br>      v.<br><br>DIRECT TIRE & WHEEL, INC.,<br><br>            Defendant. | Case No. CV 09-07583-DMG (PJWx)<br><br>**SPECIAL VERDICT FORM** |

We, the jury in the above-entitled case, find the following special verdict on the questions submitted to us:

**Question No. 1:**   Do the Versante 215 wheel and the Versante 299 wheel infringe U.S. Patent No. D505,905?

Answer "yes" or "no."

Answer: __NO__.

If your answer to Question No. 1 is "yes," then go to Question no 2.  If your answer to Question No. 1 is "no," then go to Question No. 3.

**Question No. 2:**   What amount of damages do you feel is adequate to compensate Plaintiff Mobile Hi-Tech Wheels for Defendant Direct Tire & Wheel, Inc.'s infringement of United States Patent No. D505,905?

Answer: $_____.

**Question No. 3:**   Do the Versante 215 wheel and the Versante 299 wheel infringe U.S. Patent No. D514,052?

Answer "yes" or "no."

Answer: __NO__.

If your answer to Question No. 3 is "yes," then go to Question No. 4.  If your answer to Question No. 3 is "no," then sign and return this verdict to the Court.

1     **Question No. 4:** What amount of damages do you feel is adequate to compensate
2     Plaintiff Mobile Hi-Tech Wheel for Defendant Direct Tire and Wheel, Inc.'s infringement
3     of U.S. Patent No. D514,052?

4     Answer: $ _____.

8     DATED: 3-25-11      By: **REDACTED**
9     VERDICT FORM AS TO FOREPERSON SIGNATURE