JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br><br>DEFENDANT(S). | **JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable _____, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

take nothing; that the action be dismissed on the merits; and that the defendant(s):

_____

recover of the plaintiff(s) its costs of action, ~~taxed in the sum of~~ _____.

                                      Clerk, U. S. District Court

Dated: _____                  By _____
                                                                             Deputy Clerk

At: _____

cc:     Counsel of record

CV-44 (11/96)                             **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**